UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-09
```

WILLIAM SMITH

Plaintiff(s),

- against -

NEW YORK METRO AREA
POSTAL, et al

Defendant(s).

------------------------------------------------------------x

09 Civ. 3272 (PKC)

ORDER FOLLOWING
PRETRIAL CONFERENCE

As a result of a Pre-Trial Conference held today, it is ORDERED as follows:

1.  By ~~_____, 2009, the plaintiff(s) the defendant(s) the parties shall~~

There appears to be an open question of whether plaintiff has exhausted his administrative remedies and whether exhaustion is excused. This may turn on whether and

2.  ~~By_____, 2009, the plaintiff(s) the defendant(s) the parties shall~~

when American Postal Workers Union intends, if ever, to decide the appeal which has been pending since March 9, 2009.

3.  By_____, 2009, the plaintiff(s)   the defendant(s)   the parties   shall

_____

_____

_____

4. Proposed Case Management Plan held in abeyance.

5. Any premotion conference letter is due 10 days prior to the next conference.

6. The Initial Conference and Premotion conference will be ~~held~~ continued to allow American Postal Workers Union to be heard.

7. The Next Conference [~~the Final Pretrial Conference~~] will be held on July 2, 2009 at 9:45 am.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
6-2-09